■ DEBRA J. POWELL et al., Appellants, v CHRISTINE VAN HOUTEN et al., Defendants, and SONYA A. HUGHES, Respondent. (Action No. 1.) (And Another Action.) (Appeal No. 1.)—Order unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Tillman, J. (Appeal from order of Supreme Court, Monroe County, Tillman, J.—summary judgment.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.